UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ANGELA M. CHELETTE,<br>Plaintiff | CIVIL ACTION NO. 1:19-CV-00573 |
| VERSUS | JUDGE DRELL |
| ROBERT L. WILKIE,<br>SECRETARY, DEPARTMENT OF<br>VETERANS AFFAIRS,<br>Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Wilkie's Rule 12(b)(1) Motion to Dismiss (ECF No. 15) is GRANTED.

IT IS FURTHER ORDERED that Chelette's claims are DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in chambers in Alexandria, Louisiana on this ____ day of July, 2020.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT